FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003430164

MICHELE M. POTERACKE, SBN 143207
LAW OFFICE OF MICHELE M. POTERACKE
850   3rd Street
Santa Rosa, CA 95404
Tele. (707) 571-1109
E-mail: mmp@poterackelaw.com

Attorney for Moving Party/Debtors
Jorge and Melissa Espinoza

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-22507-E-13J |
| | MMP-001 |
| JORGE LUIS ESPINOZA and | |
| MELISSA LEIGH ESPINOZA, | |
| | Date: June 7, 2011 |
| Debtors. | Time: 2:00 p.m. |
| | Dept: E (Judge Sargis: ctrm 33) |

NOTICE OF MOTION AND MOTION TO APPROVE
DEBTOR'S FIRST AMENDED PLAN

Debtors, JORGE and MELISSA ESPINOZA,  hereby move for an order approving their First Amended Plan, which is filed and served concurrently herewith.  The First Amended Plan addresses all objections to the Chapter 13 trustee to the originally filed plan

Dated:  04/18/11                                        LAW OFFICE OF MICHELE M. POTERACKE

                                                                                    /s/ Michele M. Poteracke
                                                        By:_____
                                                              Michele M. Poteracke,
                                                              Attorney for Debtor

1