FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003430166

MICHELE M. POTERACKE, SBN 143207
LAW OFFICE OF MICHELE M. POTERACKE
850 3rd Street
Santa Rosa, CA 95404
Tele. (707) 571-1109
E-mail: mmp@poterackelaw.com

Attorney for Moving Party/Debtors
Jorge and Melissa Espinoza

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                              )   Case No. 11-22507-E-13J
                                                    )   MMP-001
JORGE LUIS ESPINOZA and                             )
MELISSA LEIGH ESPINOZA,                             )
                                                    )   Date: June 7, 2011
        Debtors.                                    )   Time: 2:00 p.m.
                                                    )   Dept: E (Judge Sargis: ctrm 33)
_____               )

We, Jorge and Melissa Espinoza declare as follows:

1. We are the debtors in the above captioned chapter 13 case.

2. The First Amended Plan complies with applicable law.

3. Any fees or charges required by the Court have been paid.

4. The First Amended Plan is proposed in good faith and not by any means forbidden by law.

5. Under the First Amended Plan, unsecured creditors will receive at least what they would receive in the event of a Chapter 7 liquidation.

6. Under the First Amended Plan, all secured creditors provided for have either accepted the plan, or the debtor surrenders the property securing their claims, or the plan provides to pay the creditors pursuant to section 1325(a)(5)(B).

7. The debtor will be able to make the payments under the First Amended Plan and comply with the plan.

8. The petition for relief was filed in good faith.

9. The debtor has no domestic support of obligation.

10. The debtor has filed all applicable tax returns that were due to be filed prior to the filing of the petition for relief.

We swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that if called upon to testify as to these facts, each of us can do so competently.

Dated:     04/18/2011                    By: /s/ Jorge Espinoza
                                             Jorge Espinoza, Debtor

Dated:     04/18/2011                    By: /s/ Melissa Espinoza
                                             Melissa Espinoza, Jt-Debtor

2