FILED
May 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003504032

1  MICHELE M. POTERACKE, SBN 143207
   LAW OFFICE OF MICHELE M. POTERACKE
2  850 3rd Street
   Santa Rosa, CA 95404
3  Tele. (707) 571-1109
   E-mail: mmp@poterackelaw.com
4
   Attorney for Moving Party/Debtors
5  Jorge and Melissa Espinoza

6

7

8

9              UNITED STATES BANKRUPTCY COURT

10             EASTERN DISTRICT OF CALIFORNIA

11
   In re:                              )    Case No. 11-22507-B-13J
12                                      )    MMP-001
   JORGE LUIS ESPINOZA and             )
13 MELISSA LEIGH ESPINOZA,             )
                                       )    Date: June 7, 2011
14         Debtors.                    )    Time: 9:32 a.m.
                                       )    Dept: B (Judge Holman: ctrm 32)
15 _____ )

16          **AMENDED** NOTICE OF HEARING ON
         MOTION TO APPROVE DEBTOR'S FIRST AMENDED PLAN
17
18         NOTICE IS HEREBY GIVEN that a hearing will be conducted on Debtors' Motion to

19 Approve Debtor's First Amended Plan at 9:32 a.m. on June 7, 2011 at the above named court,

20 located at 501 "I" Street, Sacramento, CA 95814, Department B, courtroom 32; the Honorable

21 Thomas C. Holman, presiding.

22         THIS NOTICE IS A <u>CORRECTION</u> OF THE PRIOR NOTICE MAILED OUT ON APRIL

23 18, 2011, WHICH LISTED THE WRONG COURTROOM AND HEARING TIME.  THE

24 HEARING REMAINS CALENDARED FOR JUNE 7, 2011 PER THE ORIGINAL NOTICE.

25         NOTICE IS FURTHER GIVEN  that pursuant to Local Rule 9014-1 of the United States

26 District Court for the Eastern District of California, which prescribes the procedures to be followed

27 regarding this notice, that:

28                                      1

1        1.     Opposition, if any, to the granting of the motion shall be in writing and shall be

2  served and filed with the Court by the responding party at least fourteen (14) calendar days

3  preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence

4  establishing its factual allegations. Without good cause, no party shall be heard in opposition to a

5  motion at oral argument if written opposition to the motion has not been timely filed. Failure of the

6  responding party to timely file written opposition may be deemed a waiver of any opposition to the

7  granting of the motion or may result in the imposition of sanctions.

8        2.  Notice of opposition, if any, shall be mailed to Debtor's/Movants' counsel at the address

9  listed in the above caption.  It shall also be mailed to the Debtors Jorge and Melissa Espinoza at

10  1401 Swift Court, Suisun, CA 94585; and to the chapter 13 trustee, Jan P. Johnson, P.O. Box 1708,

11  Sacramento, CA 95814.

12  Dated:  05/04/11                 LAW OFFICE OF MICHELE M. POTERACKE

13                          /S/ Michele M. Poteracke

14                 By:_____

15                      Michele M. Poteracke
                          Attorney for Debtors

2